UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | | |
|---|---|---|---|
| In re: | NICHOLES, ROSEMARIE V | § | Case No. 09-39956 |
| | | § | |
| | | § | |
| Debtor(s) | | § | |

### NOTICE OF TRUSTEE'S FINAL REPORT AND
### APPLICATIONS FOR COMPENSATION
### AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that EUGENE CRANE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30am on 11/01/2012 in Courtroom 644, United States Courthouse Courthouse, 219 S. Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 10/01/2012            By:    /s/Eugene Crane
                                          Trustee

EUGENE CRANE
135 S. LaSalle Street, #3705
Chicago, IL 60603
(312) 641-6777

UST Form 101-7-NFR (10/1/2010)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: NICHOLES, ROSEMARIE V | § | Case No. 09-39956 |
| | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| *The Final Report shows receipts of* | $ | 9,687.49 |
| *and approved disbursements of* | $ | 1,720.59 |
| *leaving a balance on hand of* [1] | $ | 7,966.90 |
| **Balance on hand:** | $ | 7,966.90 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | | |
|---|---|---|
| Total to be paid to secured creditors: | $ | 0.00 |
| Remaining balance: | $ | 7,966.90 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - EUGENE CRANE | 1,718.75 | 0.00 | 1,718.75 |
| Attorney for Trustee, Fees - Crane, Heyman, Simon, Welch & Clar | 4,655.00 | 0.00 | 4,655.00 |
| Attorney for Trustee, Expenses - Crane, Heyman, Simon, Welch & Clar | 117.44 | 0.00 | 117.44 |
| Accountant for Trustee, Fees - Popowcer Katten, Ltd. | 851.00 | 0.00 | 851.00 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administration expenses: | $ | 7,342.19 |
| Remaining balance: | $ | 624.71 |

1 The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 624.71

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 624.71

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 36,596.58 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 1.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | American InfoSource LP as agent for | 1,435.27 | 0.00 | 24.50 |
| 2 | Chase Bank USA NA | 740.46 | 0.00 | 12.64 |
| 3 | Chase Bank USA NA | 4,599.91 | 0.00 | 78.52 |
| 4 | American Express Centurion Bank | 4,115.95 | 0.00 | 70.26 |
| 5 | American Express Bank, FSB | 4,633.37 | 0.00 | 79.09 |
| 6 | GE Money Bank | 479.68 | 0.00 | 8.19 |
| 7 | GE Money Bank | 3,414.62 | 0.00 | 58.29 |
| 8 | FIA Card Services, NA/Bank of America | 17,177.32 | 0.00 | 293.22 |

Total to be paid for timely general unsecured claims: $ 624.71
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims:  $   0.00
Remaining balance:  $   0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $   0.00
Remaining balance:  $   0.00

Prepared By:  /s/EUGENE CRANE
                        Trustee

EUGENE CRANE
135 S. LaSalle Street, #3705
Chicago, IL  60603
(312) 641-6777

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010)

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 09-39956-PSH
Rosemarie V Nicholes                                                      Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: csimmons              Page 1 of 3              Date Rcvd: Oct 02, 2012
                              Form ID: pdf006             Total Noticed: 24

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 04, 2012.
```
db         +Rosemarie V Nicholes,    6700 S Oglesby,   Apt 1103,   Chicago, IL 60649-1339
17385887   +6700 S Crandon Condominium Assoc,   c/o: Kovitz Shirfrin Nesbit,   750 W Lake Cook Road Ste 350,
             Buffalo Grove, IL 60089-2088
14627617   +American Express,    c/o Becket and Lee,   Po Box 3001,   Malvern, PA 19355-0701
14627618    American Express,    Suite 0002,   Chicago, IL 60679-0002
17307496    American Express Bank, FSB,    c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
17307495    American Express Centurion Bank,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
14627619    Bank Of America,    4060 Ogletown/Stan,   Newark, DE 19713
14627620   +Carson Pirie Scott,    P.O. Box 17633,   Baltimore, MD 21297-1633
17261644    Chase Bank USA NA,    P.O. Box 15145,   Wilimington, DE 19850-5145
14627621   +Chase- Bp,   Po Box 15298,   Wilmington, DE 19850-5298
14627622   +Citi,   Po Box 6241,   Sioux Falls, SD 57117-6241
14627625   +Countrywide Home Lending,    Attention: Bankruptcy SV-314B,   Po Box 5170,
             Simi Valley, CA 93062-5170
14627629   +Macys/fdsb,    Macy's Bankruptcy,   Po Box 8053,   Mason, OH 45040-8053
14627631   +Shell Oil / Citibank,   Attn.: Centralized Bankruptcy,   Po Box 20507,
             Kansas City, MO 64195-0507
14627633   ++TOYOTA MOTOR CREDIT CORPORATION,   PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
            (address filed with court: Toyota Motor Credit,   P.O. Box 2730, mail Stop WF22,
             Torrance, CA 90509-2730)
14627632   +Tnb-visa,    Po Box 9475,   Minneapolis, MN 55440-9475
14627627   ++WACHOVIA BANK NA,    MAC X2303-01A,   1 HOME CAMPUS,   1ST FLOOR,   DES MOINES IA 50328-0001
            (address filed with court: Homeq,   Attn: Bankruptcy Department,   1100 Corporate Center,
             Raleigh, NC 27607)
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
17170415      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 03 2012 02:42:25
              American InfoSource LP as agent for,   Target,   PO Box 248866,   Oklahoma City, OK  73124-8866
14627624     +E-mail/Text: resurgentbknotifications@resurgent.com Oct 03 2012 02:25:12      Collection,
              Attn: Bankrutpcy Department,   Po Box 10587,   Greenville, SC 29603-0587
17556541      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 03 2012 02:40:48
              FIA Card Services, NA/Bank of America,   by American InfoSource LP as its agent,   PO Box 248809,
              Oklahoma City, OK  73124-8809
17504111      E-mail/PDF: rmscedi@recoverycorp.com Oct 03 2012 02:43:18      GE Money Bank,
              c/o Recovery Management Systems Corporat,   25 SE 2nd Ave Suite 1120,   Miami FL 33131-1605
14627626     +E-mail/PDF: gecsedi@recoverycorp.com Oct 03 2012 02:41:06      Gemb/jcp,   Attention: Bankruptcy,
              Po Box 103106,   Roswell, GA 30076-9106
14627628      E-mail/Text: cio.bncmail@irs.gov Oct 03 2012 02:23:23      IRS,
              Centralized Insolvency Operations,   PO Box 21126,   Philadelphia, PA 19114
14627630     +E-mail/PDF: gecsedi@recoverycorp.com Oct 03 2012 02:40:28      Sams Club,
              Attention: Bankruptcy Department,   Po Box 103104,   Roswell, GA 30076-9104
                                                                                              TOTAL: 7
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14627623*    +Citi,   Po Box 6241,   Sioux Falls, SD 57117-6241
17385888*    +Countrywide Home Lending,   Attention: Bankruptcy SV 314B,   Po Box 5170,
              Simi Valley, CA 93062-5170
                                                                                 TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0752-1          User: csimmons              Page 2 of 3              Date Rcvd: Oct 02, 2012
                              Form ID: pdf006             Total Noticed: 24
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 04, 2012**                    **Signature:** *Joseph Speetjens*

```
District/off: 0752-1          User: csimmons              Page 3 of 3                  Date Rcvd: Oct 02, 2012
                              Form ID: pdf006             Total Noticed: 24
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 1, 2012 at the address(es) listed below:
          Christopher  Turnbull    on behalf of Debtor Rosemarie Nicholes turnbull.christopher@gmail.com
          Eugene  Crane    ecrane@craneheyman.com,
           il41@ecfcbis.com;jmunoz@craneheyman.com;dkobrynski@craneheyman.com
          Jan M Hulstedt    on behalf of Debtor Rosemarie Nicholes jhulstedt@robertjsemrad.com,
           rjscourtdocs@gmail.com
          Josephine J Miceli    on behalf of Creditor  Deutsche Bank National Trust Company as Trustee on
           Behalf of HSI Asset Securitization Corporation Trust 2007-NC1 jmiceli@fisherandshapirolaw.com,
           BK_IL_Notice@fisherandshapirolaw.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Robert J Semrad    on behalf of Debtor Rosemarie Nicholes court_docs@robertjsemrad.com,
           msemrad@robertjsemrad.com
                                                                                                   TOTAL: 6