# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re: NICHOLES, ROSEMARIE V　　　　　　　　§　Case No. 09-39956
　　　　　　　　　　　　　　　　　　　　　　§
　　　　　　　　　　　　　　　　　　　　　　§
　　　　　　　　　　　　　　　　　　　　　　§
Debtor(s)　　　　　　　　　　　　　　　　　　§

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

　　　EUGENE CRANE, chapter 7 trustee, submits this Final Account,
Certification that the Estate has been Fully Administered and Application to be Discharged.

　　　1) All funds on hand have been distributed in accordance with the Trustee's Final Report
and, if applicable, any order of the Court modifying the Final Report. The case is fully
administered and all assets and funds which have come under the trustee's control in this case
have been properly accounted for as provided by law. The trustee hereby requests to be
discharged from further duties as a trustee.

　　　2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims
discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:  $219,700.00 *(without deducting any secured claims)* | Assets Exempt:  $22,000.00 |
| Total Distribution to Claimants: $624.71 | Claims Discharged Without Payment: $69,088.87 |
| Total Expenses of Administration: $9,062.78 | |

　　　3) Total gross receipts of $    9,687.49    (see **Exhibit 1**), minus funds paid to the debtor
and third parties of $    0.00    (see **Exhibit 2**), yielded net receipts of $9,687.49
from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $218,592.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 9,062.78 | 9,062.78 | 9,062.78 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 60,429.00 | 36,596.58 | 36,596.58 | 624.71 |
| **TOTAL DISBURSEMENTS** | $279,021.00 | $45,659.36 | $45,659.36 | $9,687.49 |

4) This case was originally filed under Chapter 7 on October 23, 2009. The case was pending for 39 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/23/2013          By: /s/EUGENE CRANE
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Mexico & Disney timeshares | 1110-000 | 9,687.00 |
| Interest Income | 1270-000 | 0.49 |
| **TOTAL GROSS RECEIPTS** | | **$9,687.49** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Toyota Motor Credit | 4110-000 | 22,754.00 | N/A | N/A | 0.00 |
| NOTFILED | Homeq | 4110-000 | 39,485.00 | N/A | N/A | 0.00 |
| NOTFILED | Countrywide Home Lending | 4110-000 | 156,353.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$218,592.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| EUGENE CRANE | 2100-000 | N/A | 1,718.75 | 1,718.75 | 1,718.75 |
| Crane, Heyman, Simon, Welch & Clar | 3110-000 | N/A | 4,655.00 | 4,655.00 | 4,655.00 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | | Amount | | |
|---|---|---|---|---|---|
| Crane, Heyman, Simon, Welch & Clar | 3120-000 | N/A | 117.44 | 117.44 | 117.44 |
| Popowcer Katten, Ltd. | 3410-000 | N/A | 851.00 | 851.00 | 851.00 |
| BKAssets.com, LLC | 3630-000 | N/A | 1,373.70 | 1,373.70 | 1,373.70 |
| The Bank of New York Mellon | 2600-000 | N/A | 15.26 | 15.26 | 15.26 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 6.63 | 6.63 | 6.63 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $9,062.78 | $9,062.78 | $9,062.78 |

## EXHIBIT 5 −PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 −PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | American InfoSource LP as agent for | 7100-000 | 1,373.00 | 1,435.27 | 1,435.27 | 24.50 |
| 2 | Chase Bank USA NA | 7100-000 | 771.00 | 740.46 | 740.46 | 12.64 |
| 3 | Chase Bank USA NA | 7100-000 | N/A | 4,599.91 | 4,599.91 | 78.52 |
| 4 | American Express Centurion Bank | 7100-000 | 4,108.00 | 4,115.95 | 4,115.95 | 70.26 |
| 5 | American Express Bank, FSB | 7100-000 | N/A | 4,633.37 | 4,633.37 | 79.09 |
| 6 | GE Money Bank | 7100-000 | 469.00 | 479.68 | 479.68 | 8.19 |
| 7 | GE Money Bank | 7100-000 | 3,414.00 | 3,414.62 | 3,414.62 | 58.29 |
| 8 | FIA Card Services, NA/Bank of America | 7100-000 | 17,177.00 | 17,177.32 | 17,177.32 | 293.22 |
| NOTFILED | Citi | 7100-000 | 12,987.00 | N/A | N/A | 0.00 |
| NOTFILED | Carson Pirie Scott | 7100-000 | 3,830.00 | N/A | N/A | 0.00 |
| NOTFILED | Citi | 7100-000 | 4,974.00 | N/A | N/A | 0.00 |
| NOTFILED | Collection | 7100-000 | 4,473.00 | N/A | N/A | 0.00 |
| NOTFILED | Shell Oil / Citibank | 7100-000 | 807.00 | N/A | N/A | 0.00 |
| NOTFILED | Macys/fdsb Macy's Bankruptcy | 7100-000 | 1,745.00 | N/A | N/A | 0.00 |
| NOTFILED | American Express | 7100-000 | 4,300.00 | N/A | N/A | 0.00 |
| NOTFILED | IRS Centralized Insolvency Operations | 7100-000 | 1.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$60,429.00** | **$36,596.58** | **$36,596.58** | **$624.71** |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-39956  **Trustee:** (330350) EUGENE CRANE
**Case Name:** NICHOLES, ROSEMARIE V  **Filed (f) or Converted (c):** 10/23/09 (f)
  **§341(a) Meeting Date:** 12/08/09
**Period Ending:** 01/23/13  **Claims Bar Date:** 07/19/11

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1   6700 S Crandon, Unit 3B, Chicago IL 60649, SURRE   Orig. Asset Memo: 6700 S Crandon, Unit 3B, Chicago IL 60649, SURRENDER; Orig. Description: 6700 S Crandon, Unit 3B, Chicago IL 60649, SURRENDER; Imported from original petition Doc# 1 | 190,000.00 | 135,515.00 | DA | 0.00 | FA |
| 2   Mexico & Disney timeshares   Orig. Asset Memo: Mexico & Disney, PIF; Orig. Description: Mexico & Disney, PIF; Imported from original petition Doc# 1 | 2,000.00 | 1,946.00 | | 9,687.00 | FA |
| 3   checking - chase   Orig. Asset Memo: checking - chase; Orig. Description: checking - chase; Imported from original petition Doc# 1 | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 4   savings - chase   Orig. Asset Memo: savings - chase; Orig. Description: savings - chase; Imported from original petition Doc# 1 | 0.00 | 0.00 | DA | 0.00 | FA |
| 5   furniture   Orig. Asset Memo: furniture; Orig. Description: furniture; Imported from original petition Doc# 1 | 800.00 | 0.00 | DA | 0.00 | FA |
| 6   clothes   Orig. Asset Memo: clothes; Orig. Description: clothes; Imported from original petition Doc# 1 | 600.00 | 0.00 | DA | 0.00 | FA |
| 7   fur - mink 15 years old   Orig. Asset Memo: fur - mink 15 years old; Orig. Description: fur - mink 15 years old; Imported from original petition Doc# 1 | 500.00 | 0.00 | DA | 0.00 | FA |
| 8   2007 Toyota Highlander   Orig. Asset Memo: 2007 Toyota Highlander; Orig. Description: 2007 Toyota Highlander; Imported from original petition Doc# 1 | 26,800.00 | 1,646.00 | DA | 0.00 | FA |
| Int   INTEREST (u) | Unknown | N/A | | 0.49 | FA |
| 9   Assets   Totals (Excluding unknown values) | **$221,700.00** | **$139,107.00** | | **$9,687.49** | **$0.00** |

Exhibit 8

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 09-39956  
**Case Name:** NICHOLES, ROSEMARIE V

**Period Ending:** 01/23/13

**Trustee:** (330350)  EUGENE CRANE  
**Filed (f) or Converted (c):** 10/23/09 (f)  
**§341(a) Meeting Date:** 12/08/09  
**Claims Bar Date:** 07/19/11

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Major Activities Affecting Case Closing:**

12/30/10: to retain BKAssets to sell timeshare in FL (dk).

12/30/11: Sold two timeshares, will file tax returns and then close case.

**Initial Projected Date Of Final Report (TFR):**   December 31, 2012       **Current Projected Date Of Final Report (TFR):**   September 10, 2012  (Actual)

Printed: 01/23/2013 11:29 AM     V.13.11

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 09-39956 | | Trustee: | EUGENE CRANE (330350) |
|---|---|---|---|---|
| Case Name: | NICHOLES, ROSEMARIE V | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******06-65 - Checking Account |
| Taxpayer ID #: | **-***3440 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 01/23/13 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 04/18/11 | {2} | BKAssets.com, LLC | Sale of Royal Caribbean Mexico Timehare | 1110-000 | 1,762.00 | | 1,762.00 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.01 | | 1,762.01 |
| 06/09/11 | {2} | BKAssets.com LLC | Proceeds from sale of Points at Disney Boardwalk Villa | 1110-000 | 7,925.00 | | 9,687.01 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.05 | | 9,687.06 |
| 07/19/11 | 1001 | BKAssets.com, LLC | Payment of fees and expenses for sale of timeshares | 3630-000 | | 1,373.70 | 8,313.36 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.07 | | 8,313.43 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 15.26 | 8,298.17 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.06 | | 8,298.23 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 8,273.23 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.06 | | 8,273.29 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 8,248.29 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.06 | | 8,248.35 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 8,223.35 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.06 | | 8,223.41 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 8,198.41 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.06 | | 8,198.47 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 8,173.47 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.06 | | 8,173.53 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 8,148.53 |
| 02/28/12 | 1002 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2011 FOR CASE #09-39956, Blanket Bond Premium; Bond #016026455 | 2300-000 | | 6.63 | 8,141.90 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 8,116.90 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 8,091.90 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 8,066.90 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 8,041.90 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 8,016.90 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 7,991.90 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 7,966.90 |
| 11/01/12 | 1003 | EUGENE CRANE | Dividend paid 100.00% on $1,718.75, Trustee Compensation;  Reference: | 2100-000 | | 1,718.75 | 6,248.15 |
| 11/01/12 | 1004 | Popowcer Katten, Ltd. | Dividend paid 100.00% on $851.00, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 851.00 | 5,397.15 |

Subtotals :  $9,687.49   $4,290.34

{} Asset reference(s)

Printed: 01/23/2013 11:29 AM    V.13.11

Exhibit 9

## Form 2

Page: 2

### Cash Receipts And Disbursements Record

**Case Number:** 09-39956  
**Case Name:** NICHOLES, ROSEMARIE V  

**Taxpayer ID #:** **-***3440  
**Period Ending:** 01/23/13  

**Trustee:** EUGENE CRANE (330350)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******06-65 - Checking Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 11/01/12 | 1005 | Crane, Heyman, Simon, Welch & Clar | Dividend paid 100.00% on $4,655.00, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 4,655.00 | 742.15 |
| 11/01/12 | 1006 | Crane, Heyman, Simon, Welch & Clar | Dividend paid 100.00% on $117.44, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 117.44 | 624.71 |
| 11/01/12 | 1007 | American InfoSource LP as agent for | Dividend paid 1.70% on $1,435.27; Claim# 1; Filed: $1,435.27; Reference: account xxxx6367 | 7100-000 | | 24.50 | 600.21 |
| 11/01/12 | 1008 | Chase Bank USA NA | Dividend paid 1.70% on $740.46; Claim# 2; Filed: $740.46; Reference: account xxxx1395 | 7100-000 | | 12.64 | 587.57 |
| 11/01/12 | 1009 | Chase Bank USA NA | Dividend paid 1.70% on $4,599.91; Claim# 3; Filed: $4,599.91; Reference: account xxxx5491 | 7100-000 | | 78.52 | 509.05 |
| 11/01/12 | 1010 | American Express Centurion Bank | Dividend paid 1.70% on $4,115.95; Claim# 4; Filed: $4,115.95; Reference: account xxxx2005 | 7100-000 | | 70.26 | 438.79 |
| 11/01/12 | 1011 | American Express Bank, FSB | Dividend paid 1.70% on $4,633.37; Claim# 5; Filed: $4,633.37; Reference: account xxxx1007 | 7100-000 | | 79.09 | 359.70 |
| 11/01/12 | 1012 | GE Money Bank | Dividend paid 1.70% on $479.68; Claim# 6; Filed: $479.68; Reference: JCPenney account xxxx2829 | 7100-000 | | 8.19 | 351.51 |
| 11/01/12 | 1013 | GE Money Bank | Dividend paid 1.70% on $3,414.62; Claim# 7; Filed: $3,414.62; Reference: Sam's Club account xxxx0864 | 7100-000 | | 58.29 | 293.22 |
| 11/01/12 | 1014 | FIA Card Services, NA/Bank of America | Dividend paid 1.70% on $17,177.32; Claim# 8; Filed: $17,177.32; Reference:account xxxx2562 | 7100-000 | | 293.22 | 0.00 |

|  |  |  |
|---|---|---|
| **ACCOUNT TOTALS** | 9,687.49 | 9,687.49 | $0.00 |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | 9,687.49 | 9,687.49 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$9,687.49** | **$9,687.49** | |

{} Asset reference(s)

Printed: 01/23/2013 11:29 AM   V.13.11

Case 09-39956    Doc 53    Filed 01/31/13    Entered 01/31/13 13:00:42    Desc Main
           Document      Page 10 of 10

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

**Case Number:** 09-39956  
**Case Name:** NICHOLES, ROSEMARIE V  

**Taxpayer ID #:** **-***3440  
**Period Ending:** 01/23/13

**Trustee:** EUGENE CRANE (330350)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******06-65 - Checking Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

Net Receipts :   9,687.49  
───────────  
Net Estate :   $9,687.49

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # 9200-******06-65 | 9,687.49 | 9,687.49 | 0.00 |
|  | $9,687.49 | $9,687.49 | $0.00 |

{} Asset reference(s)

Printed: 01/23/2013 11:29 AM    V.13.11